

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00567-CV

———————————————

IN RE RYAN BOWEN AND RYAN BOWEN GLOBAL ENTERPRISES, LLC,
Relators

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 22-4566-431

Before Sudderth, C.J.; Kerr and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied, and we lift our October 24, 2025 stay.

Per Curiam

Delivered: November 6, 2025